■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD BUTTS, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Motion by appellant to prosecute appeal as a poor person, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Albert L. Hecht, Esq., 1 Washington St., Poughkeepsie, N. Y., is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ DOROTHY RICHARDSON, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, et al., Defendant.— Motion by appellant to dispense with the printing of exhibits, denied. Motion by appellant to extend time to perfect appeal, granted; time enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 1, 1962. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ TETRAD COMPANY, INC., Respondent, v. WALTER ROSCH et al., Appellants.— Motion by appellants to dispense with printing on appeal from resettled orders, granted to the extent of dispensing with the printing of the minutes of respondent's examination before trial and with the papers included in the printed filed record on the pending appeals from the original orders; otherwise, motion denied. Appellants' time to perfect the appeal from the resettled orders is enlarged to the February Term, commencing January 29, 1962; appeal ordered on the calendar for said term; appellants shall file and serve the record and their brief on or before January 8, 1962. Motion by appellants to further enlarge their time to perfect appeal from the original orders, granted; time enlarged to the February Term; appellants shall file and serve their brief on or before January 8, 1962. The appeals from the original orders and the resettled orders will be heard together. Motion by appellants to continue the stay heretofore granted pending appeal, granted. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.